1UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:
JAMES R. FIELDS,                                                  Case No. 12-36813-KRH
    Debtor.                                                         Chapter 13
_____/
GREEN TREE SERVICING LLC.
    Movant

v.

JAMES R. FIELDS, and
CARL M. BATES, Trustee
    Defendants.
_____/

**AGREED ORDER GRANTING RELIEF FROM STAY**

Upon consideration of the motion to modify the Chapter 13 Plan 1to proceed against the following described collateral securing its loan to Debtors: THAT 1997 Henderson Manufactured Home, Serial No.: HHC009700NCAB, and the parties having agreed to the entry of this Order.

1UPON CONSIDERATION WHEREOF, it appearing that Plaintiff is entitled to the relief sought, and for other good cause shown, it is

1    ADJUDGED and ORDERED that Plaintiff, Green Tree Servicing LLC, as authorized servicer for Manufactured Housing Contract Senior/Subordinate Pass-Through Certificate Trust 1997-1, as owner and holder of account/contract originated by GREEN TREE FINANCIAL SERVICING CORP, and its successors and assigns, be granted relief from the automatic stay as to the above-described property in accordance with 11 U.S.C. Section 362 so that it may proceed under state law, and it is further

ADJUDGED and ORDERED that nothing in this Order relieves the creditor from the requirements of a Co-Debtor stay relief.

Mar 28 2014

DONE at _____, Virginia, this ____ day of _____, 2014.

/s/ Kevin R. Huennekens
_____
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Apr 1 2014

Seen and Consented:

/s/ Paul S. Bliley, Jr_____
Paul S. Bliley, Jr., VSB 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
pbliley@williamsmullen.com
Telephone:    804.420.6448
Facsimile:     804.420.6507
Counsel for Movant

/S/Linda Jennings_____
Linda D. Jennings, Esq.
2312 Boulevard
Colonial Heights, VA  23838
Counsel for Debtor

/s/ Carl M. Bates, Trustee_____
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23219

**Mailing List**

Paul S. Bliley, Jr., VSB 13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
pbliley@williamsmullen.com
Telephone:    804.420.6448
Facsimile:    804.420.6507
Counsel for Movant

Linda D. Jennings, Esq.
2312 Boulevard
Colonial Heights, VA  23838
Counsel for Debtor

Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23219

James R. Fields
926 Gills Bridge Road
Rawlings, VA  23876

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order and that no modifications, with the exception of the paragraph related to the Debtor stay which was requested by the Debtor and that all necessary parties have endorsed this Order.

/s/ Paul S. Bliley, Jr._____
Attorney for Movant

12-36813~20140324105817525.doc